```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2025

SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTGOMERY INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>Defendants. | No. 4:25-CV-05016-ACE<br><br>ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE<br><br>**ECF No. 18** |

**BEFORE THE COURT** is the Plaintiff's notice of voluntary dismissal with prejudice. ECF No. 18. The Court has reviewed the record and file and is fully informed. Pursuant to Fed. R. Civ. P. 41(a) and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. Plaintiff's action is **DISMISSED WITH PREJUDICE**.

2. All pending deadlines and hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED May 19, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1